NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SCHOOL BOARD OF POLK COUNTY, )
)
        Appellant, )
)
v. )   Case No. 2D17-733
)
STATE BOARD OF EDUCATION, )
DEPARTMENT OF EDUCATION, )
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed February 9, 2018.

Appeal from the School Board of Polk
County, Florida.

W. A. Crawford of Boswell & Dunlap, LLP,
Bartow, for Appellant.

Matthew H. Mears, General Counsel,
Tallahassee, and David L. Jordon, Assistant
General Counsel, Tallahassee; and James
L. Richmond, Assistant General Counsel, of
Department of Education, Tallahassee
(substituted for counsel of record), for
Appellee.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and SLEET and BADALAMENTI, JJ., Concur.